UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | CASE NO. 3:22-cr-05142-DGE |
|---|---|
| Plaintiff, | ORDER DENYING MOTION TO EXPEDITE DECISION (DKT. NO. 198) |
| v. | |
| JESSE VENEGAS-GATICA et al., | |
| Defendants. | |

    Presently before the Court is Defendant Cristobal Venegas Diaz's motion (Dkt. No. 198) to expedite a decision on his earlier motion (Dkt. No. 181) to modify his sentence to include a term of supervised release.  On August 22, 2024, the Court issued an order denying Defendant's motion to modify his sentence.  (Dkt. No. 194.)  Accordingly, Defendant's motion to expedite is DENIED as moot.

    As it appears Defendant did not receive a copy of the Court's order on his motion to modify his sentence, the Clerk's office is instructed to re-send Defendant a copy of the Court's

order if it has not done so already. The Clerk's office shall note on the docket that it has sent Defendant an additional copy of the order.

Dated this 14th day of November, 2024.

David G. Estudillo
United States District Judge